860 F.2d 1092
 Hammond (Ben)
v.
Auburn University, Martin (James E.), Emert (George H.),
Brandt (Dr. Warren W.), Irwin (Dr. David), Weaver (Dr.
Lynn), Bamburg (R.C.), Cunningham (Dr. Emory), Denson
(John), Holloway (Dr. Bessie Mae), Lowder (Robert E.),
McCartney (Michael), Nichols (Bill), Savage (Morris),
Steagall (Henry B., II), Tatum (James Jr.)
 NO. 87-7638
 United States Court of Appeals,
Eleventh Circuit.
 SEP 30, 1988
 Appeal From: M.D.Ala. 858 F.2d 744
 
 1
 DENIALS OF REHEARING EN BANC.